**C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.**

**No. 50538.**

May 4, 1970.

In re: Willis Young applying for writ of habeas corpus. Writ denied. The showing made does not warrant the exercise of our supervisory or original jurisdiction.

BARHAM, Justice is of the opinion we should grant an evidentiary hearing or order the transcript of the record in the habeas corpus proceeding below be forwarded for review. See dissent in State ex rel, Ardoin v. Henderson, 255 La. 1029, 233 So.2d 923.

234 So.2d 196

**STATE of Louisiana**

**v.**

**Steve BONFANTI, Jr.**

**No. 50576.**

May 8, 1970.

In re: State of Louisiana applying for writs of certiorari, prohibition and mandamus.

The application is denied. There appears no error in the ruling complained of.